UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT DACKERMAN, | No.  2:24-cv-1870 AC P |
| Petitioner, | |
| v. | ORDER |
| EDWARD BORLA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 2002 conviction from the San Luis Obispo Superior Court.  On July 16, 2024 petitioner paid the filing fee associated with this action.

Petitioner is incarcerated in Monterey County but was convicted in San Luis Obispo County.  Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.  Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners.  However, since petitioner is challenging his conviction and not the execution of his sentence, jurisdiction is proper in the district of petitioner's conviction.  Therefore, this case should be transferred to the United States District Court for the Central of California.

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central of California.  28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

DATED: July 19, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2