JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT DACKERMAN, | No. LA CV 24-6094-VBF(E) |
| Petitioner, | |
| v. | JUDGMENT |
| EDWARD BORLA, | |
| Respondent. | |

Final judgment is hereby entered in favor of the respondent and against the petitioner.

IT IS SO ADJUDGED.

DATED:  January 17, 2025                                        /s/ Valerie Baker Fairbank

                                                                                _____

                                                                                HONORABLE VALERIE BAKER FAIRBANK
                                                                                SENIOR UNITED STATES DISTRICT JUDGE